**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Civil Action Number: **11-cv-00338-RPM**

**ROBERT R. HARRIS,**

    Plaintiff,

v.

**THE MEN'S WEARHOUSE, INC.,**

    Defendant.

_____

**ORDER DISMISSING CASE**
_____

    Before the Court is: **PLAINTIFF'S MOTION TO DISMISS CASE**.

The Court, being fully advised of the premises of Plaintiff's motion, hereby:

    **Grants PLAINTIFF'S MOTION TO DISMISS CASE**.

    **IT IS SO ORDERED** this 28th day of March, 2012.

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            **Richard P. Matsch, Senior District Judge**